UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| ) | |
| Plaintiff,           ) | Case No. 07mj2527 |
| ) | |
| v.                                                            ) | |
| ) | CERTIFICATE OF SERVICE |
| MARIO BARRON-GALVAN,           ) | |
| ) | |
| Defendant.           ) | |
| _____) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

    United States Attorney's Office
    880 Front Street
    San Diego, CA  92101


Dated:  November 1, 2007                                      /s/ Robert H. Rexrode, III
                                                                                      ROBERT H. REXRODE, III
                                                                                       Federal Defenders
                                                                                       225 Broadway, Suite 900
                                                                                       San Diego, CA 92101-5030
                                                                                       (619) 234-8467  (tel)
                                                                                       (619) 687-2666  (fax)
                                                                                       robert_rexrode@fd.org